# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00518-CV

### In re FieldTurf USA, Inc.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and emergency motion for stay are denied. *See* Tex. R. App. P. 52.8(a).

Maggie Ellis, Justice

Before Justices Kelly, Crump, and Ellis
  Justice Kelly Dissenting Without Opinion from Denial of
  Petition for Writ of Mandamus and Emergency Motion for Stay

Filed: June 19, 2026